MAY 16, 1961

Reap. Dec. 10001.—Wood Mosaic Industries, Inc. v. United States, reappraisements R60/15445, R60/15446, and R60/15892.— Entered at New York, N.Y. (Not published.) Motion by plaintiff.

Reap. Dec. 10002.—Borneo Sumatra Trading Co., Inc. v. United States, reappraisement R60/15675, etc.— Entered at New York, N.Y. (Not published.) Motion by plaintiff.